UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORDAN A. CLAYTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-00718-ELR |
| FASHION NOVA, INC., | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Northern District of Georgia Local Rules, Defendant Fashion Nova, Inc. submits this certification of interested persons and corporate disclosure statement:

(1) The undersigned counsel of record for Defendant Fashion Nova, Inc. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff:   Jordan Clayton

Defendant:   Fashion Nova, Inc.

Fashion Nova, Inc. states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

To the best of Fashion Nova, Inc.'s knowledge, none.

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:

<u>For Plaintiff:</u>

   None

<u>For Defendant:</u>

   Michael A. Caplan
   Caplan Cobb LLP

   Daniel S. Blynn
   Mary M. Gardner
   Venable LLP

Address and contact information for Defendant's counsel are listed below.

Dated: March 11, 2020                    Respectfully submitted,


*/s/ Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

Daniel S. Blynn (*pro hac vice application forthcoming*)
Mary M. Gardner (*pro hac vice application forthcoming*)
**VENABLE LLP**
600 Massachusetts Avenue, N.W.
Washington, DC  20001
Tel: (202) 344-4398
Fax: (202) 344-8300
dsblynn@venable.com
mmgardner@venable.com

*Counsel for Defendant Fashion Nova, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11th day of March, 2020, caused to be filed electronically via CM/ECF a true copy of the foregoing **Defendant's Certificate of Interested Persons and Corporate Disclosure Statement** in the United States District Court for the Northern District of Georgia. I further hereby certify that I have on this 11th day of March, 2020, mailed, via U.S. priority mail, and emailed a copy of Defendant's Certificate of Interested Persons and Corporate Disclosure Statement to Plaintiff at the following address:

Jordan A. Clayton
1740 Hudson Bridge Road
Suite 1045
Stockbridge, GA 30281
Jordanclayton007@gmail.com

/s/ *Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039
mcaplan@caplancobb.com

*Counsel for Defendant Fashion Nova, Inc.*