Jordan Clayton
1740 Hudso[n]
Suite # 104[?]
Stockbridge, GA 30281



CLEARED
JUN - 3 2020
U.S. Marshals
Atlanta, GA



CLERK OF COURT
75 Ted Turner Dr. SW
Atlanta, GA 30303

NORTH METRO GA PROC
TUE 02 JUN 2020 AM