FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 11 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| JORDAN A. CLAYTON, <br><br> Plaintiff, <br><br> v. <br><br> FASHION NOVA, INC., <br><br> Defendant. | Civil Action No. 1:20-cv-00718-ELR |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's June 9, 2020 Order (ECF 23), Plaintiff Jordan Clayton, proceeding *pro se*, and Defendant Fashion Nova, Inc. ("Fashion Nova"), by and through its undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count asserted by Plaintiff against Fashion Nova in the above-styled action, with each party to bear its own costs and attorneys' fees.

Dated this 10th day of June, 2020.

                Respectfully submitted,

                */s/ Jordan A. Clayton*
                Jordan A. Clayton
                1740 Hudson Bridge Road
                Suite 1045
                Stockbridge, GA 30281
                Jordanclayton007@gmail.com

                ***Plaintiff***

                */s/ Michael A. Caplan*
                Michael A. Caplan
                Georgia Bar No. 601039
                **CAPLAN COBB LLP**
                75 Fourteenth Street, NE, Suite 2750
                Atlanta, Georgia 30309
                Tel: (404) 596-5600
                Fax: (404) 596-5604
                mcaplan@caplancobb.com

                Daniel S. Blynn (*pro hac vice*)
                Mary M. Gardner (*pro hac vice*)
                **VENABLE LLP**
                600 Massachusetts Avenue, N.W.
                Washington, DC  20001
                Tel: (202) 344-4398
                Fax: (202) 344-8300
                dsblynn@venable.com
                mmgardner@venable.com

                ***Counsel for Defendant Fashion Nova, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent via email on June 10, 2020 to Defendant's Counsel listed below:

>Caplan Cobb LLP
>Michael A. Caplan
>75 Fourteenth Street, NE, Suite 2750
>Atlanta, GA 30309
>
>Venable LLP
>Daniel S. Blynn
>Mary M. Gardner
>600 Massachusetts Ave NW
>Washington, DC
>
>Counsel for Defendant Fashion Nova, Inc.

Plaintiff, Pro Se

*/s/ Jordan A. Clayton*
Jordan A. Clayton
1740 Hudson Bridge Road, Suite 1045
Stockbridge, GA 30281

Jordan Clayton
1740 Hudson Bridge Rd
Suite # 1045
Stockbridge, GA 30281




U.S. POSTAGE PAID
FCM LG ENV
STOCKBRIDGE, GA
30281
JUN 10, 20
AMOUNT
$1.00
R2304E105206-08

Clerk of Court
75 Ted Turner Dr. S.W.
Atlanta, GA 30303



CLEARED
JUN 11 2020
U.S. Marshals
Atlanta, GA