FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 11 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Entered as dismissed pursuant to
Rule 41(a)(1)(i)(ii), F.R.C.P.
JAMES N. HATTEN, Clerk
By:      /Barbara D. Boyle
Deputy Clerk
Date:   June 12, 2020

|  |  |
|---|---|
| JORDAN A. CLAYTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-00718-ELR |
| | ) |
| FASHION NOVA, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's

June 9, 2020 Order (ECF 23), Plaintiff Jordan Clayton, proceeding *pro se*, and

Defendant Fashion Nova, Inc. ("Fashion Nova"), by and through its undersigned

counsel, hereby stipulate to dismiss, with prejudice, each claim and count asserted

by Plaintiff against Fashion Nova in the above-styled action, with each party to

bear its own costs and attorneys' fees.

Dated this 10th day of June, 2020.

Respectfully submitted,

Jordan A. Clayton
1740 Hudson Bridge Road
Suite 1045
Stockbridge, GA 30281
Jordanclayton007@gmail.com

*Plaintiff*

/s/ *Michael A. Caplan*
Michael A. Caplan
Georgia Bar No. 601039
**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

Daniel S. Blynn (*pro hac vice*)
Mary M. Gardner (*pro hac vice*)
**VENABLE LLP**
600 Massachusetts Avenue, N.W.
Washington, DC  20001
Tel: (202) 344-4398
Fax: (202) 344-8300
dsblynn@venable.com
mmgardner@venable.com

**Counsel for Defendant Fashion Nova, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via email on

June 10, 2020 to Defendant's Counsel listed below:

>Caplan Cobb LLP
>Michael A. Caplan
>75 Fourteenth Street, NE, Suite 2750
>Atlanta, GA 30309
>
>Venable LLP
>Daniel S. Blynn
>Mary M. Gardner
>600 Massachusetts Ave NW
>Washington, DC
>
>Counsel for Defendant Fashion Nova, Inc.

Plaintiff, Pro Se

Jordan A. Clayton
1740 Hudson Bridge Road, Suite 1045
Stockbridge, GA 30281

ordan Clayton
740 Hudson Bridge Rd
uite # 1045
tockbridge, GA 30281




1028          30303

U.S. POSTAGE PAID
FCM LG ENV
STOCKBRIDGE, GA
30281
JUN 10, 20
AMOUNT
$1.00
R2304E105206-08

CLeRK of COURT
75 Ted Turner Dr. S.W.
Atlanta, GA 30303

CLEARED
JUN 1 1 2020
U.S. Marshals
Atlanta, GA